# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0104
_____

ANTHONY GEORGE BROWN II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


March 6, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.